THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLA WILSON

      Plaintiff,

v.

BENEFICIAL MORTGAGE CO., HSBC

      Defendant.

3:16-CV-00217
(JUDGE MARIANI)

FILED
SCRANTON

FEB 06 2017

PER_____
DEPUTY CLERK

## ORDER

The background of this Order is as follows: on March 16, 2016, Defendant filed a Motion to Dismiss. (Doc. 11). This Court referred the matter to the Honorable Magistrate Judge Mehalchick who issued a Report and Recommendation recommending that the Court grant in part and deny in part the Motion. (Doc. 21). Specifically, Magistrate Judge Mehalchick recommends that the Motion to Dismiss should be granted with respect to Plaintiff's federal claims and that Plaintiff's remaining state law claims should be remanded to the Court of Common Pleas of Monroe Country. Objections to the Report and Recommendation were due on February 1, 2017, and neither the Plaintiff nor the Defendant has filed an Objection to the Report and Recommendation.

**AND NOW, THIS 6th DAY OF FEBRUARY, 2017,** upon review of Magistrate Judge Mehalchick's Report and Recommendation for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 21), is **ADOPTED** for the reasons stated therein.

2. Defendant's Motion to Dismiss, (Doc. 11), is **GRANTED IN PART AND DENIED IN PART** as reflected in the Report and Recommendation.

3. Plaintiff's federal law claims are **DISMISSED WITH PREJUDICE**.

4. All remaining claims are hereby **REMANDED** to the Court of Common Pleas of Monroe County pursuant to 28 U.S.C. § 1447(c).

5. The Clerk of the Court is directed to mail a certified copy of this order of remand to the clerk of the Court of Common Pleas of Monroe County.

6. The Clerk of the Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge